UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK McCARTHY,

      Plaintiff,                              CASE NO. 11-13889
                                                HON. LAWRENCE P. ZATKOFF
v.

DEBORAH A. SERVITTO, MARILYN
KELLY, MICHAEL F. CAVANAGH, MAURA
D. CORRIGAN, ROBERT P. YOUNG, JR., STEPHEN
J. MARKMAN, DIANE M. HATHAWAY, and ALTON
THOMAS DAVIS,

      Defendants.
_____/

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated October 28, 2011, this cause of action is DISMISSED WITH PREJUDICE.

      Dated at Port Huron, Michigan, this 28th day of October, 2011.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                BY:    s/Marie Verlinde
                                                   MARIE VERLINDE

APPROVED:


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE